ALEXANDER MEYERS v. U. S. HEALTH & ACCDT. INS. CO.

APPEAL UNDERTAKING MAY BE APPROVED BY ANOTHER JUSTICE.
   Jurisdiction on appeal from a judgment by a justice of the peace is conferred by approval of the undertaking by another justice of the same township.

ERROR to Hamilton common pleas court.

**L. P. Pink,** for plaintiff in error.
   Cited and commented upon the following authorities:   *McCleary v. McLain,* 2 Ohio St. 368; *McKibben v. Lester,* 9 Ohio St. 627; *Bowers v. Pomeroy,* 21 Ohio St. 184; *Pfeifer v. Green,* 4 Dec. 239 (3 N. P. 156); *Watkins v. Schlecter,* 9 Dec. 590 (7 N. P. 42); *Norton v. McLeary,* 8 Ohio St. 205; *Burton Tp. (Tr.) v. Tuttle,* 30 Ohio St. 62;

Hamilton County.

*Derby* v. *Heath,* 59 Ohio St. 54 [51 N. E. Rep. 547]; *Eaton* v. *French,* 23 Ohio St. 560; *Harding* v. *New Haven Tp.* (*Tr.*) 3 Ohio 227; *Meyers* v. *Dwight,* 24 O. C. C. 658 (4 N. S. 431); *Capaul* v. *Railway,* 26 O. C. C. 578 (5 N. S. 262); *Collins* v. *Millen,* 57 Ohio St. 289 [48 N. E. Rep. 1097].

**J. T. Harrison,** for defendant in error.

Cited and commented upon the following authorities: *Job* v. *Harlan,* 13 Ohio St. 485; *Hubble* v. *Renick,* 1 Ohio St. 171; *Bushong* v. *Graham,* 2 Circ. Dec. 464 (4 R. 140); *Jones* v. *Booth,* 38 Ohio St. 405; *Cass* v. *Adams,* 3 Ohio 223; *Roberts* v. *Wheeler,* Wri. 697; *Meyers* v. *Dwight,* 24 O. C. C. 658 (4 N. S. 431).

**GIFFEN, J.**

An undertaking for appeal from a judgment of a justice of the peace, when approved by a justice of the same township, with the trial justice and at his request, shows a substantial compliance with the provisions of Sec. 6584 Rev. Stat., that the surety "be approved by such justice," and confers jurisdiction. *Job* v. *Harlan,* 13 Ohio St. 485.

Judgment affirmed.

**Swing** and **Smith, JJ.,** concur.

---

## PARTITION.

[Hamilton (1st) Circuit Court, November, 1907.]

Swing, Giffen and Smith, JJ.